**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
EASTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Up Right Transportation LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **32-0321455** |
| **4.** | **Debtor's address** | **Principal place of business** **4431 Vixen** **New Orleans, LA 70131-5151** Number, Street, City, State & ZIP Code  **Orleans** County  **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** **2948 Amazon Street New Orleans, LA 70114** Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor **Up Right Transportation LLC**     Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. Check **all** that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor  **Up Right Transportation LLC**  Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**
☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**
☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **Up Right Transportation LLC**  Case number (*if known*)
Name

☐ $50,001 - $100,000 ☐ $10,000,001 - $50 million ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000 ☐ $50,000,001 - $100 million ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million ☐ $100,000,001 - $500 million ☐ More than $50 billion

Debtor **Up Right Transportation LLC**     Case number (*if known*)
      Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 24, 2023**
               MM / DD / YYYY

X **/s/ Keith Leverne Cooper**            **Keith Leverne Cooper**
   Signature of authorized representative of debtor       Printed name

Title    **Managing Member**

**18. Signature of attorney**

X **/s/ Robin R. De Leo**           Date **August 24, 2023**
   Signature of attorney for debtor                                MM / DD / YYYY

**Robin R. De Leo 20347**
Printed name

**The De Leo Law Firm, LLC**
Firm name

**800 Ramon St**
**Mandeville, LA 70448**
Number, Street, City, State & ZIP Code

Contact phone **(985) 727-1664**     Email address **lisa@northshoreattorney.com**

**20347 LA**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Up Right Transportation LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF LOUISIANA**

Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ADP Compliance Solutions 400 Covina Blvd San Dimas, CA 91773 | | outstanding invoice | | | | $19,135.05 |
| Amur Equipment Finance 304 West 3rd Street Grand Island, NE 68801 | | 2013 Mack truck CHU 613 cross collateralized with 2007 and 2016 Fontaine flatbeds | | $30,400.00 | $10,000.00 | $20,400.00 |
| Amur Equipment Finance 304 West 3rd Street Grand Island, NE 68801 | | contract number 1024378; 2007 and 2016 Fontaine flatbed trailers | | $25,812.08 | $9,000.00 | $16,812.08 |
| Atlus Receivables Management 2121 Airline Drive Suite 520 Metairie, LA 70002 | | collectiojn | | | | $18,790.41 |
| BMO Harris Bank NA PO Box 71951 Chicago, IL 60694 | | 2015 Fontaine Extendable flatbed trailer ($6,000) and one 2015 Manac heavy duty 50 ft stepdeck ($6,000) | | $26,855.00 | $12,000.00 | $14,855.00 |
| BMO Harris Bank NA PO Box 71951 Chicago, IL 60694 | | four 2015 Fontaine flatbed trailers ($5,000 each) | | $28,876.00 | $20,000.00 | $8,876.00 |
| Capital One PO Box 60519 City of Industry, CA 91716 | | credit card account | | | | $2,000.00 |

Debtor **Up Right Transportation LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Capital One PO Box 60519 City of Industry, CA 91716 | | capital one unsecured line of credit | | | | $49,329.84 |
| Fuel Z 5051 Cardinal Street Trussville, AL 35173 | | outstanding invoice for gasoline | | | | $1,495.87 |
| Fuelman 1325 Bayou Lane Slidell, LA 70460 | | open account | | | | $18,790.41 |
| Regions Bank PO Box 1984 Birmingham, AL 35201 | | unsecured line of credit | | | | $46,452.82 |
| SBA PO Box 740192 Atlanta, GA 30374-0192 | | EIDL loan | | | | $25,000.00 |
| Volvo Financial Services 7025 Albert Pick Rd STE 105 Greensboro, NC 27402 | | 2023 Mack Pennacle 64T truck | | $174,549.03 | $80,000.00 | $94,549.03 |
| Volvo Financial Services 7025 Albert Pick Rd STE 105 Greensboro, NC 27402 | | 2020 Mack Pinnacle Sleeper | | $101,000.00 | $50,000.00 | $51,000.00 |
| Volvo/ Mack Financial PO box 26131 Greensboro, NC 27402 | | two 2020 Mack Pennacle 64T trucks ($50,000 each) | | $164,224.26 | $100,000.00 | $64,224.26 |

.

United States Trustee
Texaco Center
400 Poydras Street
Suite 2110
New Orleans, LA 70130


Tax Collector/Sheriff
701 N Columbia St.
Parish of St. Tammany Courthouse
Covington, LA 70433


Equifax Credit Information Services, Inc
PO Box 740241
Atlanta, GA 30374


Chex Systems, Inc.
Attn:   Consumer Relations
7805 Hudson Road
STE 100
Saint Paul, MN 55125


TransUnion
2 Baldwin Place
Chester, PA 19022


Experian
Business Info Services
Costa Mesa, CA 92626


Experian
Business Info Services
Costa Mesa, CA 92626


IRS
PO Box 7346
Philadelphia, PA 19101-7346


ADP
Compliance Solutions
400 Covina Blvd
San Dimas, CA 91773


Altus Receivables Management

Amur Equipment Finance
304 West 3rd Street
Grand Island, NE 68801


Atlus Receivables Management
2121 Airline Drive
Suite 520
Metairie, LA 70002


BMO Harris Bank NA
PO Box 71951
Chicago, IL 60694


Capital One
PO Box 60519
City of Industry, CA 91716


Don A. Leviton, Counsel for ADP-SBS
Leviton Law Firm
One Pierce Place
Suite 725W
Itasca, IL 60143


Don Leviton
Leviton Law Firm
One Pierce Place
Suite 725W
Itasca, IL 60143


Explorer Federal Credit Union


Fuel Z
5051 Cardinal Street
Trussville, AL 35173


Fuelman
1325 Bayou Lane
Slidell, LA 70460


Golden Properties

```
KL Cooper Property
4431 Vixen Street
New Orleans, LA 70131


Regions Bank
PO Box 1984
Birmingham, AL 35201


SBA
PO Box 740192
Atlanta, GA 30374-0192


Volvo Financial Services
7025 Albert Pick Rd STE 105
Greensboro, NC 27402


Volvo/ Mack Financial
PO box 26131
Greensboro, NC 27402
```

# United States Bankruptcy Court
## Eastern District of Louisiana

In re  **Up Right Transportation LLC**

Debtor(s)

Case No.

Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Up Right Transportation LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 24, 2023**

Date

**/s/ Robin R. De Leo**

**Robin R. De Leo 20347**

Signature of Attorney or Litigant

Counsel for **Up Right Transportation LLC**

**The De Leo Law Firm, LLC**

**800 Ramon St**
**Mandeville, LA 70448**
**(985) 727-1664 Fax:(985) 727-4388**
**lisa@northshoreattorney.com**